**WANGER JONES HELSLEY PC**
Kurt F. Vote, SB# 167496
  Email: kvote@wjhattorneys.com
Jay A. Christofferson, SB# 203878
  Email: jchristofferson@wjhattorneys.com
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: 559.233.4800
Facsimile:  559.233.9330

Attorneys for LEO WILSON CO., INC. and
WILSON HOMES, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  Email: lane.ashley@lewisbrisbois.com
KATHLEEN E. HEGEN, SB# 104522
  Email: kathleen.hegen@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: michael.johnson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile:  415.362.2582

Attorneys for Defendant Quanta Indemnity Company as successor by merger to Quanta Specialty Lines Insurance Company

UNITED STATES DISTRICT COURT EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| LEO WILSON CO., INC., a California corporation and. WILSON HOMES, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. 14-CV-01610-DAD-BAM<br><br>**STIPULATION TO CONTINUE DISCOVERY COMPLETION DATE AND ORDER THEREON**<br><br>Complaint Filed: October 14, 2014 |

WHEREAS, the current discovery deadline for this matter is May 16, 2016;

WHEREAS, the current expert witness disclosure deadline for this matter is July 15, 2016;

WHEREAS, the current dispositive motion deadline for this matter is November 15, 2016;

WHEREAS, the current trial date for this matter is May 16, 2017;

4851-2443-7039.1                                              1                                    14-CV-01610-DAD-BAM
STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE

1   WHEREAS, the parties have set numerous depositions which will be costly in part due to
2  travel time and expense, and also required time off work for the party representatives;

3   WHEREAS, the parties desire a short hiatus from taking depositions to determine if the
4  matter can be resolved informally;

5   WHEREAS, the parties have agreed to submit their respective claims to mediation or an
6  early settlement conference;

7   WHEREAS, in the interests of cost savings and judicial economy, the parties agree to
8  continue the discovery and expert disclosure deadlines to September 1, 2016 and November 15,
9  2016 respectively in order to allow them sufficient time to fully mediate the above captioned
10 action;

11  IT IS SO STIPULATED:

12
13  DATED: March 21, 2016              **WANGER JONES**
                                      **HELSLEY PC**

14                                    s/  *Jay A. Christofferson*
15
16  DATED: March 21, 2016              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

17                                    s/  *Kathleen E. Hegen*

18

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25

26
27                                    **ORDER**
28

The request for continuance is PARTIALLY GRANTED. The parties do not identify when mediation will occur, and generally, settlement negotiations is not good cause. Nonetheless, a short continuance will be granted. The discovery cut off is continued to August 1, 2016 and the expert disclosure deadline is continued to September 9, 2016. The dispositive motions hearing deadline of November 17, 2016, pretrial conference of March 13, 2017, and trial date of May 16, 2017 remain unchanged. No further continuances will be granted absent good cause.

IT IS SO ORDERED.

Dated: **March 22, 2016**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE