**WANGER JONES HELSLEY PC**
Kurt F. Vote, SB# 167496
  Email: kvote@wjhattorneys.com
Jay A. Christofferson, SB# 203878
  Email: jchristofferson@wjhattorneys.com
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:  559.233.4800
Facsimile:  559.233.9330

Attorneys for LEO WILSON CO., INC. and WILSON HOMES, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  Email: lane.ashley@lewisbrisbois.com
KATHLEEN E. HEGEN, SB# 104522
  Email: kathleen.hegen@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: michael.johnson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile:  415.362.2582

Attorneys for Defendant Quanta Indemnity Company as successor by merger to Quanta Specialty Lines Insurance Company

UNITED STATES DISTRICT COURT EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| LEO WILSON CO., INC., a California corporation and. WILSON HOMES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 14-CV-01610-DAD-BAM<br>The Hon. Magistrate Judge Barbara A. McAuliffe<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:  June 20, 2016<br>Time:  9:30 a.m.<br>Courtroom: 8, 6th Floor<br><br>Complaint Filed: October 14, 2014 |

WHEREAS, the current discovery deadline for this matter was May 16, 2016;

WHEREAS, the current expert witness disclosure deadline for this matter was July 15, 2016;

1    WHEREAS, the current dispositive motion deadline for this matter is November 15, 2016;

2    WHEREAS, the current trial date for this matter is May 16, 2017;

3    WHEREAS, the parties have set numerous depositions which will be costly in part due to travel time and expense, and also required time off work for the party representatives;

4    WHEREAS, the parties desire a short hiatus from taking depositions to determine if the matter can be resolved informally;

5    WHEREAS, the parties agreed to submit their respective claims to mediation or an early settlement conference and submitted on March 21, 2016, a stipulation and proposed Order seeking to continue the discovery and expert disclosure deadlines to September 1, 2016 and November 15, 2016 respectively in order to allow them sufficient time to fully mediate the above captioned action ("Request" Dkt#22);

6    WHEREAS, on March 22, 2016, the Court issued a minute order partially granting the Request, continuing the discovery deadline to August 1, 2016 and the expert disclosure deadline to September 9, 2016 (Dkt#23);

7    WHEREAS, on April 27, 2016, the Court issued a minute order stating that a settlement conference would be set and directing the parties to meet and confer and to select an available date (Dkt#24);

8    WHEREAS, the parties, counsel and the Court are all available to attend a settlement conference on June 20.

IT IS SO STIPULATED:

DATED: May 25, 2016                WANGER JONES HELSLEY PC
                                   By:     /s/ Jay A. Christofferson
                                          Jay A. Christofferson
                                          Attorneys for LEO WILSON CO., INC. and
                                          WILSON HOMES, INC.

DATED: May 25, 2016 　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　By: 　　*/s/ Kathleen E. Hegen*
　　　　　　　　　　　　　　　　　　Kathleen E. Hegen
　　　　　　　　　　　　　　　　　　Attorneys for LEO WILSON CO., INC. and WILSON HOMES, INC.

## ORDER

Pursuant to the above stipulation and good cause showing, the Court sets a settlement conference for June 20, 2016 at 9:30 a.m. in Courtroom 8.  Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> shall personally appear at the settlement conference with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, at the conference.  A Confidential Settlement Conference Statement is **<u>MANDATORY</u>** from each party, and must be submitted to Judge McAuliffe's chambers, **<u>at least seven (7) calendar  days prior to the Settlement Conference</u>**.   Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov.  This statement should neither be filed with the clerk of the Court nor served on any other party.

The settlement statement should not be lengthy but shall include a brief recitation of the facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to be expended for further pretrial and trial matters, and the relief sought. The parties are also directed to include a candid statement on the party's position on settlement, **including the amount which the party will accept to settle, realistic settlement expectations**, present settlement proposals, and a history of past settlement discussions, offers, demands, and a report on settlement efforts to date.

This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good

1  faith to attempt to resolve all or part of the case.

2

3  IT IS SO ORDERED.

4  Dated:   **May 31, 2016**                    /s/ *Barbara A. McAuliffe*

5                                                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS