**WANGER JONES HELSLEY PC**
Kurt F. Vote, SB# 167496
  Email: kvote@wjhattorneys.com
Jay A. Christofferson, SB# 203878
  Email: jchristofferson@wjhattorneys.com
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:     (559) 233-9330

Attorneys for Plaintiffs LEO WILSON CO., INC. and WILSON HOMES, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  Email: lane.ashley@lewisbrisbois.com
KATHLEEN E. HEGEN, SB# 104522
  Email: kathleen.hegen@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: michael.johnson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California  94104
Telephone:  (415) 362-2580
Facsimile:     (415) 362-2582

Attorneys for Defendant QUANTA INDEMNITY COMPANY as successor by merger to Quanta Specialty Lines Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WILSON CO., INC., a California corporation and WILSON HOMES INC., a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 1:14-cv-01610-DAD-BAM<br><br>**STIPULATION TO CONTINUE DISCOVERY COMPLETION and EXPERT DISCLOSURE DATES AND ORDER THEREON**<br><br>Complaint Filed:  October 14, 2014 |

WHEREAS, the current discovery deadline for this matter is August 1, 2016;

WHEREAS, the current expert disclosure deadline for this matter is September 9, 2016;

WHEREAS, the current dispositive motion deadline for this matter is November 15, 2016;

WHEREAS, the current trial date for this matter is May 16, 2017;

WHEREAS, the parties have completed substantial discovery, and have noticed the depositions of their respective corporate representatives [Rule 30(b)(6) witnesses] and several others, which will be costly in part due to travel time and expense, and also require the time off work for witnesses;

WHEREAS, the parties participated in a settlement conference on June 20, 2016 before Magistrate Judge Barbara A. McAuliffe;

WHEREAS, the parties have agreed to mediate the case on August 2, 2016, in Fresno, California, before Bruce A. Friedman, Esq. of JAMS;

WHEREAS, the parties desire a short hiatus from taking depositions to determine if the matter can be resolved by mediation, and therefore agree to extend the discovery deadlines as requested herein for discovery already served or noticed, reserving rights to seek leave of court for additional, follow up discovery if needed.

WHEREAS, the parties believe that the requested extension of these deadlines will not affect the current trial date or other pretrial dates that have been scheduled, including the pre-trial conference and dispositive motion deadlines;

WHEREAS, in the interest of cost and time savings and judicial economy, the parties agree to continue the discovery deadline to September 15, 2016, and the expert disclosure deadline to October 3, 2016, in order to allow them sufficient time to complete mediation for the above-captioned action.

///

///

///

///

IT IS SO STIPULATED:

DATED: July 21, 2016                         WANGER JONES HELSLEY PC

                                             By:        */s/ Jay A. Christofferson*
                                                  Kurt F. Vote
                                                  Jay A. Christofferson
                                                  Attorneys for Plaintiffs LEO WILSON CO.,
                                                  INC. and WILSON HOMES, INC.

DATED: July 21, 2016                         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                             By:        */s/ Kathleen E. Hegen*
                                                  Kathleen E. Hegen
                                                  Attorneys for Defendant QUANTA
                                                  INDEMNITY COMPANY as successor by
                                                  merger to Quanta Specialty Lines Insurance
                                                  Company

Pursuant to the above stipulation and good cause showing, IT IS SO ORDERED. The dispositive motions hearing deadline of November 17, 2016, pretrial conference of March 13, 2017, and trial date of May 16, 2017 remain unchanged. No further continuances will be granted absent good cause.

IT IS SO ORDERED.

Dated:  **July 22, 2016**                             /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE