**Wanger Jones Helsley PC**
Kurt F. Vote, #160496
 *kvote@wjhattorneys.com*
Jay A. Christofferson, #203878
 *jchristofferson@wjhattorneys.com*
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Attorneys for LEO WILSON CO., INC. and WILSON HOMES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WILSON CO., INC., a California corporation and WILSON HOMES INC., a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:14-cv-01610-MCE-BAM<br><br>**NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTICE that Plaintiffs, LEO WILSON CO., INC. and WILSON
2  HOMES INC. and Defendant QUANTA SPECIALTY LINES INSURANCE COMPANY
3  (collectively, the "Parties") have reached a settlement in the above-entitled action. The Parties
4  request that all currently noticed hearing dates be taken off calendar. A stipulation by the Parties
5  dismissing this matter with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, will
6  be filed upon performance of the written settlement agreement which should be completed within
7  the next thirty (30) days.

Dated: August 29, 2016                              WANGER JONES HELSLEY PC


                                          By:_____/s/ Jay A. Christofferson_____
                                                     Kurt F. Vote
                                                     Jay A. Christofferson
                                          Attorneys for Leo Wilson Co., Inc. and Wilson
                                                     Homes, Inc.

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 5 River Park Place East, Fresno, CA 93720-1501.

On August 29, 2016, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Kathleen E. Hegen, Esq.
Lewis Brisbois Bisgaard & Smith LLP
333 Bush St., Suite 1100
San Francisco, CA 94104

Attorneys for Quanta Specialty Lines Insurance Company

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2016, at Fresno, California.

*/s/ Karen P. Manriquez*
Karen P. Manriquez

{8523/005/00650259.DOC}

2
PROOF OF SERVICE