**Wanger Jones Helsley PC**
Kurt F. Vote, #160496
  *kvote@wjhattorneys.com*
Jay A. Christofferson, #203878
  *jchristofferson@wjhattorneys.com*
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Plaintiffs, LEO WILSON CO., INC. and WILSON HOMES, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  Email: lane.ashley@lewisbrisbois.com
KATHLEEN E. HEGEN, SB# 104522
  Email: kathleen.hegen@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: michael.johnson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile:  415.362.2582

Attorneys for Defendant QUANTA INDEMNITY COMPANY As Successor By Merger To QUANTA SPECIALTY LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LEO WILSON CO., INC., a California corporation and. WILSON HOMES, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY,<br><br>          Defendant. | Case No. 14-CV-01610-DAD-BAM<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs LEO WILSON CO., INC., and
2  WILSON HOMES, INC. ("WILSON"), and Defendant QUANTA INDEMNITY COMPANY as
3  Successor By Merger To QUANTA SPECIALTY LINES INSURANCE COMPANY ("QUANTA")
4  who have appeared in this action, by and through their respective designated counsel, that Defendant
5  QUANTA is hereby dismissed with prejudice from the above-captioned action pursuant to Rule 41 (a)
6  (1) of the Federal Rules of Civil Procedure.
7  Plaintiffs WILSON and Defendant QUANTA, and each of them, further stipulate that each
8  party is to bear its own fees and costs.

9  Dated: September 28, 2016                    WANGER JONES HELSLEY PC

11
                                   By: _____/s/ Jay A. Christofferson_____
12                                           Kurt F. Vote
                                             Jay A. Christofferson
13                                 Attorneys for Plaintiffs, LEO WILSON CO., INC.
                                             and WILSON HOMES, INC.
14

15 Dated: September 28, 2016                   LEWIS BRISBOIS BISGAARD & SMITH LLP

16

17
                                   By: _____/s/ Kathleen E. Hegen_____
18                                           Kathleen E. Hegen
                                   Attorneys for Defendant, QUANTA INDEMNITY
19                                 COMPANY As Successor By Merger To
                                   QUANTA SPECIALTY LINES INSURANCE
20                                           COMPANY

21

22 PURSUANT TO STIPULATION, IT IS SO ORDERED,

23

24 Dated: _____         _____
                                          Honorable Barbara A. McAuliffe
25

26

27

28

{8523/005/00655388.DOCX}          1                  14-CV-01610-DAD-BAM
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 265 E. River Park Circle, Suite 310, Fresno, CA 93720.

On September 28, 2016, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** on the interested parties in this action as follows:

Kathleen Hegen, Esq.
Lewis Brisbois Bisgaard & Smith LLP
333 Bush St., Suite 1100
San Francisco, CA 94104

Attorneys for Defendant Quanta Specialty Lines Insurance Company

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 28, 2016, at Fresno, California.

*/s/ Karen P. Manriquez*
Karen P. Manriquez