UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WILSON CO., INC. a California corporation and WILSON HOMES, INC. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendant. | No. 1:14-cv-01610-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 32) |

On September 28, 2016, the parties filed a joint stipulation dismissing the sole defendant, Quanta Specialty Lines Insurance Company, from this action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 32.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **October 4, 2016**                                    ⁄s⁄ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE

1